PERRY G. PRICE and Another, Doing Business as Copartners under the Firm Name and Style of " PRICE & SCHLITZ," Appellants, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action under a liability insurance policy.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

UNION TRUST COMPANY OF ROCHESTER, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Others, Appellants.— Judgment modified by adding a declaration that the defendants Morris have no interest in the policy of insurance or the proceeds thereof or any automatic extension of said policy, and as modified affirmed, with costs to the plaintiff against the insurance company. New finding of fact and conclusions of law made. All concur, except Taylor, J., not voting. ⟨The judgment is for plaintiff against defendant insurance company, in an action by an assignee to recover cash value of life insurance policies.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

HOME OWNERS' LOAN ASSOCIATION, Respondent, v. ALICE D. MURPHY, Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiff's motion to strike out defendant's answer and allows plaintiff to make application for the appointment of a referee to compute the amount due upon a bond and mortgage.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE W. N. BRITTON REALTY COMPANY, Respondent, v. WILLIAM L. CLAY, Appellant.— Order entered October 29, 1937, modified by making William L. Clay plaintiff in the consolidated action with the right to open and close, and as modified affirmed, with ten dollars costs and disbursements to the respondent against the appellant. Appeal from order entered November 4, 1937, dismissed, with ten dollars costs, on the ground that the order is not appealable. All concur. ⟨The first order denies defendant's motion to dismiss the complaint and grants plaintiff's motion to consolidate a Rochester City Court action with the above-entitled action. The second order denies defendant's motion for a reargument. The action is to recover damages for malpractice.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Judicial Settlement of the Accounts of JESSIE R. SMITH and WALTER C. RANSIER, as Administrators, etc., EARL F. RANSIER, Deceased.— Decree reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the authority of *Roseboom* v. *Billington* (17 Johns, 181, 187); *Hulbert* v. *Nichol* (20 Hun, 454, 457); *Decker* v. *Zeluff* (23 App. Div. 107, 109, 110); *Mills* v. *Davis* (113 N. Y. 243, 247); *Purdy* v. *Purdy* (47 App. Div. 94, 96); *Matter of Burrows* (139 Misc. 802; 804; affd., as modfd., 235 App. Div. 764, revd., and decree of Surrogate affd., 259 N. Y. 449); *United States Trust Company* v. *Stanton* (76 Hun, 32; affd., 145 N. Y. 620), *Matter of City of New York* (239 id. 220; 225.) All concur. (The decree adjudges a claim against an estate to be valid.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.